Entered on Docket
May 15, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 1 5 2007

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Gil Galzote,
          Debtor(s).

Case No. 04-50069 RLE

Chapter 13

### ORDER VACATING DUPLICATE DISCHARGE

A duplicate Discharge of Debtor After Completion of Chapter 13 Plan for the above-entitled debtor(s) having been inadvertently entered on April 25, 2007; and good cause appearing therefor;

IT IS HEREBY ORDERED that the Discharge of Debtor entered April 25, 2007, be and is hereby vacated.

DATED: 5.15.07

_____
UNITED STATES BANKRUPTCY JUDGE